

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2018

No. 04-18-00284-CR

Josie L. **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1192
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

According to this court's records, two reporters took the record in this case — Mr. Charles R. Richardson and Ms. Heather Collins. The reporter's record was originally due May 25, 2018. When we did not receive a copy of the record, this court notified both Mr. Richardson and Ms. Collins by letter dated June 4, 2018 that they were the court reporters responsible for timely filing the reporter's record and that the record had not been filed. Our notices required Mr. Richardson and Ms. Collins to file the record no later than July 5, 2018 unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and was not entitled to appeal without paying the fee, in which case, the court reporters were required to file a notice advising us no later than June 13, 2018 of such fact. Thereafter, Ms. Collins timely filed her portion of the record on June 5, 2018.

Thereafter, we waited for Mr. Richardson to file the portion of the record for which he was responsible by July 5, 2018. However, he did not file either his portion of the record for which he was responsible, nor did he file any other response to our notice. On July 24, 2018, we ordered Mr. Richardson to file the portion of the record for which he was responsible on or before August 23, 2018. Again, Mr. Richardson did not file his portion of the record. Our clerk's office contacted Mr. Richardson by phone to determine the status of the record. Mr. Richardson informed our clerk's office that he is the court reporter responsible for the record and he has been unable to file a notification of late record because he no longer has the equipment to file a notice because he is retired. Mr. Richardson also informed our office that the record is not complete, and he needs more time to complete it.

After considering the forgoing, we **ORDER** court reporter Charles R. Richardson to file his portion of the record in this court on or before **October 18, 2018**. Mr. Richardson is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt. We further **order** the clerk of this court to serve this order on Mr. Richardson by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **ORDER** the clerk of this court to serve a copy of this order on the trial court.

We further **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court